UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSHMEN JOHNSON, | No. 2:16-cv-1362 JAM CKD |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

On June 27, 2016, the court directed respondent to file a response to the habeas petition in this action within sixty days. (ECF No. 6.) On August 4, 2016, the court granted respondent's motion to defer further briefing on this action pending the court's receipt of the transcript in a 2009 Marsden proceeding in the Sacramento Superior Court. (ECF No. 15.) The court is now in receipt of this transcript.

Accordingly, IT IS HEREBY ORDERED THAT respondent shall file a response to the petition no later than thirty (30) days from the date of this order. As set forth in the June 27, 2016 order, petitioner's response to respondent's filing is due thirty (30) days thereafter.

Dated: September 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / john1362.ord

1