IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOSHMEN JOHNSON,

Petitioner,

v.

DAVE DAVEY, Warden,

Respondent.

2:16-cv-1362 JAM CKD P

ORDER

The court having reviewed the Marsden transcript received from the California Court of Appeal, and the parties having so stipulated, the transcript will be unsealed and copies transmitted to the parties. In addition, IT IS HEREBY ORDERED that the response to the petition for writ of habeas corpus is due 30 days after that transmission.

Dated: September 19, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE